MORELITE SERVICE STATIONS, INC., and MARTIN ZOLINSKY, Doing Business under the Firm Name and Style of HYZOL SALES COMPANY, Respondents, v. ALBERT GOLDMAN, as Commissioner of Plant and Structures of the City of New York, and GROVER A. WHALEN, as Police Commissioner of the City of New York, Appellants.— In view of the decision of the main appeal (*Morelite Service Stations, Inc.*, v. *Goldman, ante*, p. 628), decided herewith, the motion for a stay is dismissed, without costs. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DRYER, Appellant.— Motion for enlargement of time denied. Motion to add appeal to the June calendar denied. In light of the fact that neither the case on appeal nor the briefs were filed within the ninety-day period, this court has no power, under section 535 of the Code of Criminal Procedure, to enlarge defendant's time to perfect the appeal. *People* v. *Kautzmann* (219 App. Div. 461) went no further than to hold that the time within which to argue could be extended provided the appeal had been perfected within the time required by section 535 of the Code of Criminal Procedure. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERICH ERICH, Appellant.— Motions to allow appeal to be heard on original papers and to enlarge time granted; time extended to the October, 1929, term. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

ANTHONY ROMAN, Respondent, v. JOSEPHINE ROMAN, Appellant.— Motion for stay granted upon condition that within ten days from the entry of the order herein defendant file an undertaking, with corporate surety, to secure rents collected from the month of February, 1928; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ. Settle order on notice.

HARRY SINDEL, Respondent, v. GROVER A. WHALEN and Others, Police Commissioner, Inspector and Captain of the Police Department of the City of New York, Respectively, and All Officers under the Command of the Said Defendants, Appellants.— Motion to amend decision denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

JAMES S. WOODS, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant, and ANNIE FISCHER and LOUIS FISCHER, Respondents.— The decision of this court, handed down on June 21, 1929, is hereby amended to read as follows: Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.